JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiff
Youxin GU

*GRANTED — Judge James Ware — 2/4/2008*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Youxin GU<br><br>    Plaintiff<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>ROBERT S. MUELLER, Director of Federal Bureau of Investigation<br><br>    Defendants. | Case No.: **C07-6212 JW**<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br><br><br>"Immigration Case" |

NOTICE IS HEREBY GIVE that pursuant to Fed.R.Civ.Pro.41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice and asks the court to vacate the motion hearing date set on March 24, 2008.

Dated:    February 1, 2008                        Respectfully submitted,

                                          _____
                                          Justin X. WANG, Esq.
                                          Attorney for Plaintiff

---

Case No.: C07-6212 JW
Notice of Voluntary Dismissal                F:\LING MIAO\Mandamus\485 Asylum Based\GU Youxin\Voluntary Dismissal.wpd