JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiff
Youxin GU

GRANTED
*Judge James Ware*
2/4/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Youxin GU<br><br>    Plaintiff<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>ROBERT S. MUELLER, Director of Federal Bureau of Investigation<br><br>    Defendants. | Case No.: **C07-6212 JW**<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br><br><br><br><br>"Immigration Case" |

NOTICE IS HEREBY GIVE that pursuant to Fed.R.Civ.Pro.41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice and asks the court to vacate the motion hearing date set on March 24, 2008.


Dated: February 1, 2008          Respectfully submitted,


                        Justin X. WANG, Esq.
                        Attorney for Plaintiff